# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| U35 | 09841901 | NEWJAHR, W | N5557 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

- **Date and Time of Offense:** 06/05/2022 2137
- **Offense Charged:** ☐ CFR ☐ USC ☒ State Code — 58-37-8(2)(d) / 58-37A-5
- **Place of Offense:** Building 5900 (Main Gate) Dugway, UT
- **Offense Description; Factual Basis for Charge:** Possession of a Controlled Substance or Paraphernalia
- HAZMAT ☐

### DEFENDANT INFORMATION

- **Phone:** (███) ███-████
- **Last Name:** NOEL
- **First Name:** JASON
- **M.I.:** M.M.
- Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| DAZ4254 | MI | 1958 | ACURA | | White |

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

- **Court Address:** US Courthouse, 351 S Temple, Salt Lake City, UT
- **Date:** 07-27-2022
- **Time:** 1:30 pm

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: *[signed] Jason Noel*

Original - CVB Copy

*09841901*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **05 June**, 20**22** while exercising my duties as a law enforcement officer in the **Northwest** District of **U35**

~~On 05 June 2022, at approximately 2137 hours, Dugway Security reported an individual who was attempting to access the installation with Medical Marijuana. Security personnel conducted an inspection of the vehicle an Acura, White, MI Plates #DAZ4254 and located a container containing the green leafy substance. Police personnel met with the vehicle owner, Noel, Jason Matthew-Michael, Non-post affiliated, and Mr. Noel stated the container was his. When asked what was in the container he told Police personnel it was marijuana. Police personnel asked Mr. Noel where he received the marijuana he stated from his caregiver. Police personnel was given consent by Mr. Noel to conduct a vehicle search resulting in the discovery of 150 Grams of marijuana, smoking pipe, cannabis vaping device and cannabis vaping oil. Mr. Noel was issued CVB #09841901 citation for possession of a controlled substance (marijuana), or paraphernalia.///End of Statement///~~

The foregoing statement is based upon:
- ☒ my personal observation
- ☐ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **06/05/2022**   Officer's Signature: *[signed]*

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident